UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUANITA PRICE STEPHENS,

    Plaintiff(s),

v.                                                   CASE NO:  8:12-CV-192-T-30EAJ

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant(s).
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Remand (Dkt. #15). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.     Defendant's Unopposed Motion to Remand (Dkt. #15) is **GRANTED**.

2.     This case is REMANDED for further administrative action.

3.     The Clerk is directed to CLOSE this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on July 17, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
Counsel/Parties of Record

S:\Even\2012\12-cv-192.remand 15.wpd